■ LORRAINE SHENDLES v. SOL SHENDLES.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 7, 1963, with notice of argument for February 19, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J, Breitel, Valente, Eager and Steuer, JJ.

■ JACK GOODMAN, Doing Business as KEYSTONE CONTRACTING CO. v. DEL-SA-CO FOODS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the defendant-appellant procures the record on appeal and appellant's points to be served and filed on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL MERCADO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CARRAWAY.— [In each action] Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ GENEVIEVE MEISNER et al. v. JOSEPH HEALEY et al.— Motions for enlargement of time and for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeals to be argued or submitted when reached. If the appellants fail to comply with the conditions imposed, the respondents may enter an order dismissing the appeals without notice to the appellants. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ JAMES WRIGHT v. BELT ASSOCIATES, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. EARL COOPER. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED GRANT.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.